IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/10/22 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                              : Case No.:   16-24027-GLT
                                                    : Chapter:    13
Melissa A. Richards                                 :
                                                    :
                                                    : Date:       3/9/2022
            *Debtor(s).*                            : Time:       10:00

## PROCEEDING MEMO

**MATTER:**     #80 - Trustee's Motion to Dismiss Case
                #82 - Response Regarding Motion to Dismiss

**APPEARANCES**:
            Debtor:     Shawn N. Wright
            Trustee:    James Warmbrodt

**NOTES:** [10:23 a.m.]

Warmbrodt: We have received payments from the Debtor, but we still need $2,024 to complete the plan.

Wright: Debtor has remitted additional payments. I would ask for a continuance while we wait for those payments to post.

Court: I will continue this matter to May 18 at 9 a.m.

**OUTCOME:**

1. The *Trustee's Motion to Dismiss Case* [Dkt. No. 80] is CONTINUED to May 18, 2022 at 9 a.m. [Text Order]

**DATED:** 3/9/2022