**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MELISSA A. RICHARDS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:16-24027 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/28/2016 and confirmed on 1/27/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 89,222.14 |
| Less Refunds to Debtor | 171.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,050.99 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 4,289.69 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,289.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP | 0.00 | 57,389.87 | 0.00 | 57,389.87 |
|     Acct: 0307 | | | | |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0307 | | | | |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP | 23,165.21 | 23,165.21 | 0.00 | 23,165.21 |
|     Acct: 0307 | | | | |
|   BALDWIN TOWNSHIP (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0A40 | | | | |
|   BALDWIN TOWNSHIP (TRASH) | 96.43 | 96.43 | 79.02 | 175.45 |
|     Acct: 0A40 | | | | |
| | | | | 80,730.53 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MELISSA A. RICHARDS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MELISSA A. RICHARDS | 171.15 | 171.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 30.77 | 30.77 | 0.00 | 30.77 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXOINT | | | | |
| | | | | 30.77 |
| **Unsecured** | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 099P | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: JAEZ | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: PHD5 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: OVK4 | | | | |

16-24027                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: OGFR | | | | |
|     CONVERGENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     DUQUESNE LIGHT COMPANY* | 1,116.72 | 0.00 | 0.00 | 0.00 |
|         Acct: 2787 | | | | |
|     CAPITAL ONE NA** | 925.53 | 0.00 | 0.00 | 0.00 |
|         Acct: 3740 | | | | |
|     ECMC(*) | 47,119.87 | 0.00 | 0.00 | 0.00 |
|         Acct: 2787 | | | | |
|     PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 9384 | | | | |
|     VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0001 | | | | |
|     KEYBANK NA** | 2,412.95 | 0.00 | 0.00 | 0.00 |
|         Acct: 8131 | | | | |
|     BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     THOMAS I PULEO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     FIRST NIAGARA BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 8131 | | | | |
|     CHRISTOPHER WIATROWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                    80,761.30

    TOTAL CLAIMED
    PRIORITY            30.77
    SECURED         23,261.64
    UNSECURED       51,575.07

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MELISSA A. RICHARDS

           Debtor(s)

   Ronda J. Winnecour
           Movant
       vs.
   No Repondents.

Case No.:16-24027

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Melissa A. Richards  
    Debtor

Case No. 16-24027-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 27, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa A. Richards, 886 Newport Drive, Pittsburgh, PA 15234-2553 |
| cr | + | Township of Baldwin, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14313546 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Cen, Attn:Collections, Po Box 1623, Butler, PA 16003 |
| 14313547 | | Convergent, PO Box 1022, Wixom, MI 48393-1022 |
| 14375151 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14313548 | | Ditech Mortgage, P.O. Box 6172, Rapid City, SD 57709 |
| 14313549 | | Duquesne Light, c/o Bernstein Law Office, 707 Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 14313551 | | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14313553 | + | P H E A A, PO Box 8183, Harrisburg, PA 17105-8183 |
| 14313554 | + | Pa Collection Svc, 63 Valley View Dr, Washington, PA 15301-2409 |
| 14339769 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffery R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jul 27 2022 23:50:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jul 27 2022 23:50:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14340487 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:57:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14376638 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2022 23:51:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14346105 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 27 2022 23:50:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14313550 | | Email/Text: fnb.bk@fnfg.com | Jul 27 2022 23:51:00 | First Niagara Bank, 6950 S Transit Rd, Lockport, NY 14094 |
| 14323463 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 27 2022 23:51:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14313552 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2022 23:50:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14670506 | | Email/Text: mtgbk@shellpointmtg.com | Jul 27 2022 23:50:00 | New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14313555 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 27 2022 23:49:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

Case 16-24027-GLT    Doc 99    Filed 07/29/22    Entered 07/30/22 00:28:23    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 21 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Duquesne Light Company |
| cr | | Green Tree Servicing LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Baldwin jhunt@grblaw.com |
| Jeremy J. Kobeski | on behalf of Creditor Green Tree Servicing LLC pawb@fedphe.com mcupec@grenenbirsic.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Melissa A. Richards shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Thomas I. Puleo | on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com BKGroup@goldbecklaw.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Jul 27, 2022 Form ID: pdf900 Total Noticed: 21
TOTAL: 11